STEVEN H. BOVARNICK (State Bar # 99361)
Sbovarnick@lpslaw.com
LELAND, PARACHINI, STEINBERG,
  MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California 94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for GARDEUR GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> vs. <br><br> GARDEUR GmbH, <br><br> Defendant. | CASE NO. CV 10-02122 EMC <br><br> **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff LEVI STRAUSS & CO. and Defendant GARDEUR GmbH, by and through their respective counsel, that Defendant GARDEUR GmbH shall have until and including July 28, 2010 in which to answer or otherwise respond to the complaint in this action. There have been no prior extensions requested or agreed upon. As requested pursuant to FRCP Rule 4(d), Defendant GARDEUR GmbH waived service of summons.

DATED: July 20, 2010

LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP

By: _____
Steven H. Bovarnick
Attorneys for GARDEUR GmbH

{S:\GARDEUR\0001\PLD\690757.DOC}                    1                         CV 10-02122 EMC
STIPULATION EXTENDING DEFENDANT'S TIME
TO RESPOND TO COMPLAINT; [PROPOSED]
ORDER

1  DATED: July 21, 2010           TOWNSEND, TOWNSEND AND CREW LLP

3                                 By: /s/ Gia L. Cincone
                                  Gia L. Cincone
4                                 Attorneys for LEVI STRAUSS & CO.

5     IT IS SO ORDERED.

7  DATED: July 23, 2010           By: _____
                                  Honorable Edward M. Chen
8                                 UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
Judge Edward M. Chen

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET · 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520

{S:\GARDEUR\0001\PLD\690757.DOC}            2                    CV 10-02122 EMC
                                            STIPULATION EXTENDING DEFENDANT'S TIME
                                            TO RESPOND TO COMPLAINT; [PROPOSED]
                                            ORDER