| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email:  gsgilchrist@townsend.com, glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |
| 7 | |
| | STEVEN H. BOVARNICK (State Bar # 99361) |
| 8 | sbovarnick@lpslaw.com |
| | JACK V. VALINOTI (State Bar # 214715) |
| 9 | jvalinoti@lpslaw.com |
| 10 | LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP |
| | 199 Fremont Street - 21st Floor |
| 11 | San Francisco, California  94105 |
| | Telephone: (415) 957-1800 |
| 12 | Facsimile: (415) 974-1520 |
| 13 | |
| | Attorneys for Defendant |
| 14 | GARDEUR GmbH |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVI STRAUSS & CO., | | Case No. CV 10-02122-WHA |
| | Plaintiff, | |
| | | **NOTICE OF TENTATIVE** |
| | v. | **SETTLEMENT** |
| GARDEUR GmbH, | | |
| | Defendant. | |

1  Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Gardeur GmbH ("Gardeur") hereby
2  notify the Court that the parties have reached a tentative settlement of their dispute, and are in the
3  process of documenting the terms of the settlement.
4  The Initial Case Management Conference is currently set for September 16, 2010. The parties
5  remain willing to appear, if the Court wishes. Alternatively, the parties would not object either to a
6  suspension of the Case Management Conference and all case management dates while the parties
7  attempt to finalize their settlement, or to entry of an Order of Conditional Dismissal that would allow
8  LS&Co. to reactivate this case in its entirety if the settlement is not finalized within 90 days.

Respectfully submitted,

DATED: September 14, 2010    TOWNSEND AND TOWNSEND AND CREW LLP


By:    /s/ Gia Cincone
       Gia Cincone

       Attorneys for Plaintiff
       LEVI STRAUSS & CO.


DATED: September 14, 2010    LELAND, PARACHINI, STEINBERG, MATZGER
                             & MELNICK, LLP


By:    /s/ Steven H. Bovarnick
       Steven H. Bovarnick

       Attorneys for Defendant
       GARDEUR GmbH

62880580 v1