IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C 10-02122 WHA |
| Plaintiff, | |
| v. | **ORDER RE NOTICE OF SETTLEMENT** |
| GARDEUR GmbH, | |
| Defendant. | |

The Court thanks the parties for their notice of a tentative settlement in the captioned matter; however, please note that all deadlines remain steadfast until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE