1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7
   STEVEN H. BOVARNICK (State Bar # 99361)
8  sbovarnick@lpslaw.com
   JACK V. VALINOTI (State Bar # 214715)
9  jvalinoti@lpslaw.com
   LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
10 199 Fremont Street - 21st Floor
   San Francisco, California  94105
11 Telephone: (415) 957-1800
   Facsimile: (415) 974-1520
12
13
   Attorneys for Defendant
14 GARDEUR GmbH

15

16

17                    UNITED STATES DISTRICT COURT

18                FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 | LEVI STRAUSS & CO.,              | Case No. CV 10-02122-WHA           |
21 |                  Plaintiff,      |                                    |
   |                                  | **STIPULATION OF DISMISSAL AND**   |
22 |         v.                       | ~~[PROPOSED~~ **ORDER]**           |
23 | GARDEUR GmbH,                    |                                    |
24 |                  Defendant.      |                                    |

25

26

27

28

The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.  **THE CLERK SHALL CLOSE THE FILE.**

Respectfully submitted,

DATED:  November 15, 2010        TOWNSEND AND TOWNSEND AND CREW LLP

By:   /s/ Gia Cincone
      Gia Cincone

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED:  November 15, 2010        LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By:   /s/ Steven H. Bovarnick
      Steven H. Bovarnick

Attorneys for Defendant
GARDEUR GmbH

IT IS SO ORDERED.

DATED:  November 15, 2010

_____
Hon. William Alsup
United States District Judge

62994275 v1